# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Dexter D. Anderson,                                        Civil No. 11-1486 (DWF/LIB)

               Plaintiff,

v.                                                         **ORDER ADOPTING REPORT**
                                                           **AND RECOMMENDATION**

United States of America, Warden
B.R. Jett, S. Young, C. Nickrenz,
Dr. M. Nelson, L. Krieg, J. Schultz,
J. Feda, and Federal Medical Center,

               Defendants.

---

Dexter D. Anderson, *Pro Se*, Plaintiff.

---

This matter is before the Court upon *pro se* Plaintiff Dexter D. Anderson's ("Plaintiff") self-styled objections to Magistrate Judge Leo I. Brisbois's July 27, 2011 Report and Recommendation insofar as it recommends that the Plaintiff's Complaint be dismissed without prejudice for failure to comply with this Court's Order of June 16, 2011, and for lack of prosecution.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.      Plaintiff Dexter D. Anderson's self-styled objections (Doc. No. [12]) to Magistrate Judge Leo I. Brisbois's July 27, 2011 Report and Recommendation are **DENIED**.

2.      Magistrate Judge Leo I. Brisbois's July 27, 2011 Report and Recommendation (Doc. No. [10]), is **ADOPTED**.

3.      Plaintiff Dexter D. Anderson's Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with this Court's Order of June 16, 2011, and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 16, 2011          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge

2